# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SYMMETRIX VIDEO SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC,<br><br>    Defendant. | Civil Action No.:  6:20:cv-1151-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff Symmetrix Video Systems LLC and Defendant Cisco Systems, Inc. hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on December 16, 2020. There has been one extension for a total of 31 days.

## RESPONSE TO THE COMPLAINT

Defendant has responded to the Complaint by way of an Answer.  No counterclaims were filed.

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this Judicial District, including no other cases where a common patent is asserted.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent and a total of one claim.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

The parties are continuing to meet and confer about a pre-Markman issue. If the issue remains unresolved, Cisco may request to raise it at the CMC.

Respectfully submitted,

Dated: April 9, 2021

DEVLIN LAW FIRM LLC

*/s/ Alex Chan*
Timothy Devlin (Pro Hac Vice to be Applied For)
Alex Chan
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
achan@devlinlawfirm.com

*Attorneys for Plaintiff Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 9, 2021.

*/s/ Alex Chan*
Alex Chan